UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| BARBARA BAKER, | ) |
| | ) |
| Plaintiff, | ) Case No.: 13-cv-2117 JAR/KMH |
| | ) |
| vs. | ) PLAINTIFF'S COMPLAINT |
| | ) AND DEMAND FOR JURY TRIAL |
| MIDLAND CREDIT MANAGEMENT, INC. | ) |
| | ) |
| Defendant. | ) |

## VERIFIED COMPLAINT

BARBARA BAKER, ("Plaintiff"), through the undersigned counsel, RAYMOND E. PROBST, JR., alleges the following against MIDLAND CREDIT MANAGEMENT, INC., ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Kansas, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6. Plaintiff is a natural person residing in Wellsville, Kansas.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company, with its corporate office located at: Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for the alleged debt.

12. Defendant calls Plaintiff from telephone number (800) 265-8825 seeking and demanding payment for the alleged debt.

13. Defendant places telephone calls without meaningful disclosure of the caller's identity as Defendant does not state the name of its company.

14. Defendant fails to identify itself as a debt collector in subsequent communications.

15. Defendant accused Plaintiff of committing a crime and threatened to charge Plaintiff with check fraud.

16. Defendant did not send Plaintiff a validation letter.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a.) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   b.) Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   c.) Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant does not state the name of its company.

   d.) Defendant violated *§1692c(a)(1)* of the FDCPA by communicating with Plaintiff at such place and time known or which should have been known to be inconvenient to Plaintiff.

   e.) Defendant violated *§1692(d)* of the FDCPA by threatening Plaintiff stating that she would be arrested for check fraud.

WHEREFORE, Plaintiff, BARBARA BAKER, respectfully requests judgment be entered against Defendant, MIDLAND CREDIT MANAGEMENT, INC., for the following:

    a. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

    b. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

    c. Actual damages,

    d. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

    e. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, BARBARA BAKER, demands a jury trial in this case.

## **LOCATION OF TRIAL**

Trial in this cause of action will be held in the U.S. District Court, in Kansas City, Kansas.

[ELECTRONIC SIGNATURE AFFIXED ON NEXT PAGE]

This 5th day of March, 2013.

                RESPECTFULLY SUBMITTED

                THE PROBST LAW FIRM, P.A.

            BY:      */s/ Raymond E. Probst, Jr.*
                      Raymond E. Probst, Jr.
                      KS Bar No. 20370
                      Attorney for Plaintiff
                      827 Armstrong Avenue
                      Kansas City, KS 66101

Of Counsel to:            (913) 281-0699
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
alex@fdcpalawyeronline.com